# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE YEPEZ,<br><br>    Defendant. | CR 92-458 TJH<br><br>Order |

The Court has considered Defendant's motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2), together with the moving and opposing papers.

The Parties agree that Defendant's offense level has been lowered by Amendments 505 and 536 to the Sentencing Guidelines, which took effect on November 1, 1995. The Parties, further, agree that, under Amendments 505 and 536, Defendant's total offense level should be reduced to 41 with an applicable Guidelines range of 324 to 405 months. The Parties disagree, however, as to what the actual sentence should be. The Court agrees that level 41 is the appropriate offense level. Accordingly,

It is Ordered that Defendant's motion for reduction of sentence be, and hereby is, Granted.

It is Further Ordered that the Federal Public Defender be, and hereby is,

1 𝕬𝖕𝖕𝖔𝖎𝖓𝖙𝖊𝖉 as counsel for Defendant.

2 𝕴𝖙 𝖎𝖘 𝕱𝖚𝖗𝖙𝖍𝖊𝖗 𝕺𝖗𝖉𝖊𝖗𝖊𝖉 that Probation shall prepare an updated Presentence Report.

𝕴𝖙 𝖎𝖘 𝕱𝖚𝖗𝖙𝖍𝖊𝖗 𝕺𝖗𝖉𝖊𝖗𝖊𝖉 that Defendant shall be re-sentenced on January 23, 2017 at 10:00 a.m.

Date: September 7, 2016,

_____
Terry J. Hatter, Jr.
Senior United States District Judge

CC: USPO ,DFPD